UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                        :

HERBERT MARTINEZ,                     :

                            :

             Plaintiff,        :

                            :              25-CV-3236 (JMF)

        -v-                        :

                            :                 ORDER

JANJAN REALTY CORP et al.,       :

                            :

          Defendants.      :

                            :
-------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

As stated on the record during the teleconference held earlier today, discovery is now CLOSED, and the deadline for the parties to submit joint pretrial materials pursuant to Paragraph 6 of the Court's Individual Rules and Practices and Rule 26(a)(3) of the Federal Rules of Civil Procedure is EXTENDED to **January 15, 2026**. *See* ECF No. 13 ("CMP"), ¶ 15.

Future failures to comply with the Court's orders, deadlines, and rules may result in sanctions, up to and including dismissal or entry of default judgment.

        SO ORDERED.

Dated: December 3, 2025
        New York, New York                                  JESSE M. FURMAN
                                                   United States District Judge