# HANSKI PARTNERS LLC

4 INTERNATIONAL DRIVE, SUITE 110
RYE BROOK, NY 10573
PHONE: 212.248.7400

January 14, 2026

*Applications GRANTED. Further extensions are not likely to be granted.*

*Via ECF*

The Honorable Jesse M. Furman
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

*The Clerk of Court is directed to terminate ECF No. 23.*

SO ORDERED.

January 14, 2026

Re:     *Letter Motion Seeking Extension of Time to File Joint Pre-Trial Documents*
        *Herbert Martinez v. JanJan Realty Corp et al.; Docket No. 1:25-cv-03236 (JMF)(SDA)*

Dear Judge Furman:

We represent plaintiff Herbert Martinez in the above-referenced action. Pursuant to the Court's Order dated December 3, 2025 (ECF No. 20), the parties' joint pre-trial submissions are currently due on January 15, 2026. As defendants JanJan Realty Corp and The Juice Box Deli Corporation (together "Defendants") have only provided Plaintiff with comments to the proposed verdict form, we respectfully ask for (i) an enlargement of the time to file the joint pre-trial documents to January 29, 2026 and (ii) the Court direct Defendants to provide to Plaintiff their comments and portions to all of the joint pre-trial filings by no later than January 22, 2026.

By way of background, this action concerns the accessibility of Defendants' place of public accommodation to Plaintiff, a disabled individual who requires a wheelchair for mobility. At the December 3, 2025 conference the Court ordered the parties to file their joint pre-trial documents by January 15, 2026. Subsequent to the December 3rd Court conference, the parties contacted the SDNY Mediation Office and are scheduled to participate in mediation before Mediator Rebecca Price on January 16, 2065, the first mutually available date.

Plaintiff provided Defendants with drafts of the pre-trial documents on a rolling basis, between December 22, 2025 and January 9, 2026, but has only received comments to the proposed verdict form to date. Consequently, we respectfully ask the Court to extend the deadline to file the joint pre-trial documents to January 29, 2026, and to direct Defendants to provide Plaintiff with their comments and portions to all of the pre-trial filings by no later than January 22, 2026.

Thank you for your time and attention to this matter.

Respectfully submitted,

/s/
Robert G. Hanski, Esq.