# HANSKI PARTNERS LLC

4 INTERNATIONAL DRIVE, SUITE 110
RYE BROOK, NY 10573
PHONE: 212.248.7400

January 29, 2026

The parties shall appear for an in-person conference on February 3, 2026, at 3 p.m. in Courtroom 24B of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, NY 10007, at which time the Court will address this request and a trial date.  The Clerk of Court is directed to terminated ECF No. 27.  SO ORDERED.

January 30, 2026

*Via ECF*
The Honorable Jesse M. Furman
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

Re:    *Letter Motion Seeking Extension of Time for Plaintiff to File Motion in Limine*
       *Herbert Martinez v. JanJan Realty Corp et al.; Docket No. 1:25-cv-03236 (JMF)(SDA)*

Dear Judge Furman:

We represent plaintiff Herbert Martinez in the above-referenced action.  We write to respectfully request a brief enlargement of Plaintiff's time to file his motion in limine, from today, January 29, 2026, to February 5, 2026.

Plaintiff makes this request because Defendants have failed to communicate and cooperate in preparing the joint pretrial documents, which has made it impossible for Plaintiff to meet and confer with Defendants in in a good-faith effort to narrow or resolve the issues to be raised in the motion.  (See Plaintiff's letters at ECF Nos. 23 and 26 discussing Defendants' failure to cooperate).

In the alternative, Plaintiff respectfully requests a one-day extension, until January 30, 2026, to file the motion in limine without the requirement of a pre-filing meet and confer.

Thank you for your time and attention to this matter.

Respectfully submitted,

/s/
Robert G. Hanski, Esq.