UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                      :
HERBERT MARTINEZ,                                                     :
                                                                      :
                              Plaintiff,                              :        25-CV-3236 (JMF)
                                                                      :
              -v-                                                     :        ORDER
                                                                      :
JANJAN REALTY CORP et al.,                                            :
                                                                      :
                              Defendants.                             :
                                                                      :
                                                                      :
-----------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       Due to a shortage of in-person court reporters, the conference scheduled for **February 3, 2026**, at **3:00 p.m.** will be held **remotely by telephone** in accordance with Rule 3.B of the Court's Individual Rules and Practices in Civil Cases, available at https://nysd.uscourts.gov/hon-jesse-m-furman rather than in-person.  The parties should join the conference by calling the Court's dedicated conference line at (855) 244-8681 and using access code 2303 019 3884, followed by the pound (#) key.  When prompted for an attendee ID number, press the pound (#) key again.  Counsel should review and comply with the rules regarding teleconferences in the Court's Individual Rules and Practices in Civil Cases, including Rule 3(B)(i), which requires the parties to send a joint email to the Court with the names and honorifics (e.g., Mr., Ms., Dr., etc.) of counsel who may speak during the teleconference and the telephone numbers from which counsel expect to join the call in advance of the conference.

       SO ORDERED.

Dated: February 2, 2026
      New York, New York

                                              JESSE M. FURMAN
                                   United States District Judge