UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------X
                                   :

HERBERT MARTINEZ,                    :

          :

      Plaintiff,      :

          :          25-CV-3236 (JMF)

    -v-           :

          :            ORDER

JANJAN REALTY CORP et al.,      :

          :

      Defendants.    :

          :
-------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      As stated on the record during the teleconference held earlier today, the deadline for the parties to submit joint pretrial materials, including motions *in limine*, pursuant to Paragraph 6 of the Court's Individual Rules and Practices and Rule 26(a)(3) of the Federal Rules of Civil Procedure is hereby EXTENDED to **February 10, 2026**. *See* ECF No. 13 ("CMP"), ¶ 15. In accordance with Local Civil Rule 6.4, any motion *in limine* must include a certification from the moving party that, prior to filing the motion, the party conferred or attempted to confer with the relevant other party or parties in a good faith effort to resolve the issue or issues asserted in the motion without the intervention of the Court.

      Failure to comply with this Order will result in sanctions.

      SO ORDERED.

Dated: February 3, 2026
      New York, New York                _____
                                         JESSE M. FURMAN
                                    United States District Judge