**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| Herbert Martinez,<br><br>                          **Plaintiff,**<br><br>          **-against-**<br><br>JanJan Realty Corp et al.,<br><br>                          **Defendants.** | **1:25-cv-03236 (SDA)**<br><br>**ORDER** |

**STEWART D. AARON, United States Magistrate Judge:**

The parties have consented to the jurisdiction of Magistrate Judge Stewart D. Aaron to conduct all proceedings and order the entry of a final judgment in accordance with 28 U.S.C. § 636(c) and Federal Rule of Civil Procedure 73. It is hereby ORDERED that the jury trial currently scheduled to begin on April 21, 2026 is adjourned. It is further ORDERED that, no later than April 21, 2026, the parties shall file a joint letter indicating all of the following dates on which the parties and counsel are available for the rescheduled jury trial:

- May 26-28, 2026
- June 15-17, 2026
- July 14-16, 2026
- July 28-30, 2026
- August 4-6, 2026
- August 11-13, 2026

**SO ORDERED.**

DATED:    New York, New York
          April 14, 2026

_____
STEWART D. AARON
United States Magistrate Judge